STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

YOOSUN KOH (CABN 5245220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    FAX: (415) 436-7234
    Yoosun.Koh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 21-CR-00021 CRB |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING IMPOSITION OF $100 SPECIAL ASSESSMENT AT SENTENCING |
| v. | ) ORDER |
| OMAR POPE, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Omar Pope, that the Court imposed a mandatory $100 special assessment on the defendant at the sentencing hearing held on May 12, 2021 in the above-captioned case.

IT IS SO STIPULATED.

DATED: May 12, 2021                         /s/
                                              YOOSUN KOH
                                              Assistant United States Attorney

DATED: May 12, 2021                         /s/
                                              DANIEL BLANK
                                              Counsel for Defendant Omar Pope

Date: May 13, 2021

*APPROVED*
*Judge Charles R. Breyer*

STIPULATION RE. SPECIAL ASSESSMENT
21-CR-00021 CRB                                                                                                  v. 7/10/2018